FILED
AUG 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

WHA
(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS E. MARTINEZ,
               Plaintiff,

vs.

JAMES A. YATES, Warden, et al.,

               Defendant.

CASE NO. CV 08 3911

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Thomas E. Martinez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No  X 

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Worked at Safeway Supermarket prior to imprisonment.
5
6
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                  Yes ____ No _X_
10          self employment
11     b.   Income from stocks, bonds,               Yes ____ No _X_
12          or royalties?
13     c.   Rent payments?                           Yes ____ No _X_
14     d.   Pensions, annuities, or                  Yes ____ No _X_
15          life insurance payments?
16     e.   Federal or State welfare payments,       Yes ____ No _X_
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  N/A
22
23  3.    Are you married?                           Yes _X_ No ____
24  Spouse's Full Name: Ana Maria Martinez
25  Spouse's Place of Employment: Safeway Supermarket
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ unknown                     Net $ unknown
28  4.    a.   List amount you contribute to your spouse's support:$ 0.00

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).

5  N/A _____

6  _____

7  5. Do you own or are you buying a home?    Yes ____ No _X_
8  Estimated Market Value: $ _____ Amount of Mortgage: $ _____
9  6. Do you own an automobile?    Yes ____ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ____ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ____ No _X_
20 _____

21 8. What are your monthly expenses?
22 Rent: $ 0.00 _____ Utilities: 0.00 _____
23 Food: $ 0.00 _____ Clothing: 0.00 _____
24 Charge Accounts:  None
25 Name of Account        Monthly Payment          Total Owed on This Acct.
26 _____  $ _____  $ _____
27 _____  $ _____  $ _____
28 _____  $ _____  $ _____ 9.  Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | N/A
4 |
5 | 10.    Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?    Yes ___    No  X
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 |
10 |

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

August 4, 2008                         *Thomas Martensen* (signature)

DATE                                   SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 4 -